IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL NO. 37 HEALTH AND WELFARE FUND, by its Trustee, David Allison, *et al.* | * * | |
| Plaintiffs, | * | Civil Action No.: 1:18-cv-1135-RDB |
| vs. | * | |
| JOHN A. DAVIS, *et al.* | * | |
| Defendants. | * | |

## ORDER

In light of the Notice of Voluntary Dismissal filed on December 26, 2018 (ECF No. 13), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED on this **26th** day of **December**, 2018.

_____
The Honorable Richard D. Bennett
United States District Judge